**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| THE CLOUD FOUNDATION, a nonprofit corporation, CENTRAL OREGON WILD HORSE COALITION, a nonprofit corporation, LISA FRIDAY, individually and on behalf of The Cloud Foundation, and GAYLE HUNT, individually and on behalf of The Central Oregon Wild Horse Coalition,<br><br>Plaintiffs,<br><br>vs.<br><br>BUREAU OF LAND MANAGEMENT, an agency of the United States Department of the Interior, JERRY DAVIS, in his official capacity as Acting State Director for the Bureau of Land Management, Montana/Dakotas State Office, UNITED STATES FOREST SERVICE, an agency of the United States Department of Agriculture, and MATTHEW JEDRA, in his official capacity as Forest Supervisor for the Custer Gallatin National Forest,<br><br>Defendants. | CV 26-100-BLG-WWM<br><br>ORDER |

Before the Court is Plaintiffs' motion for the admission of Jessica L. Blome, *pro hac vice*, in the above-captioned matter. (Doc. 4). Robert Farris-Olsen will serve as local counsel in this matter. Ms. Blome's application complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. D. Mont. L.R. Civ. 83.1(d). Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' motion to allow Jessica L. Blome to appear before this Court (Doc. 4) is granted, on the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(7), including, but not limited to, (a) attendance at depositions and court proceedings, (b) preparation and review of briefs, discovery requests, and discovery responses, and (c) all other activities to the extent necessary for local counsel to be prepared to go forward with the case at all times.
2. Ms. Blome must do her own work. This means that she must (a) do her own writing; (b) sign her own pleadings, motions, and briefs; and (c) appear and participate personally.
3. Admission is personal to Ms. Blome and does not extend to Greenfire Law, PC.
4. Ms. Blome shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.
5. Local counsel must provide a copy of this Order to Ms. Blome.

**IT IS FURTHER ORDERED** that this Order is subject to withdrawal unless Ms. Blome files a separate pleading acknowledging her admission under the terms set forth above within fifteen days of this Order.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 5th day of October, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE